UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 4:23CV01707 RLW |
| | ) |
| REAL PROPERTY AT 3901 HWY D, | ) |
| DEFIANCE, MO 63341, and | ) |
| | ) |
| REAL PROPERTY AT 6 DANIEL DR. | ) |
| O'FALLON, MO 63366, | ) |
| | ) |
| Defendants. | ) |

## ANSWER OF CLAIMANT NITYA SITTARU

Comes now Claimant, NITYA SATTARU, by and through Counsel, and for her answer to Plaintiff's Complaint of Forfeiture, states as follows:

1. Claimant neither admits nor denies the allegations in paragraph 1 of the Complaint.

2. Claimant admits the allegations in paragraph 2 of the Complaint.

3. Claimant neither admits nor denies the allegations in paragraph 3 of the Complaint.

4. Claimant neither admits nor denies the allegations in paragraph 4 of the Complaint.

5. Claimant neither admits nor denies the allegations in paragraph 5 of the Complaint.

6. Claimant neither admits nor denies the allegations in paragraph 6 of the Complaint.

7. Claimant neither admits nor denies the allegations in paragraph 7 of the Complaint.

8. Claimant admits the allegations in paragraph 8 of the Complaint.

9. Claimant neither admits nor denies the allegations in paragraph 9 of the Complaint.

10. Claimant neither admits nor denies the allegations in paragraph 10 of the Complaint.

11. Claimant denies the allegations in paragraph 11 of the Complaint and demands strict proof thereof.

12. Claimant denies the allegations in paragraph 12 of the Complaint and demands strict proof thereof.

13. Claimant denies the allegations in paragraph 13 of the Complaint and demands strict proof thereof.

14. Claimant denies the allegations in paragraph 14 of the Complaint and demands strict proof thereof.

15. Claimant denies the allegations in paragraph 15 of the Complaint and demands strict proof thereof.

16. Claimant denies the allegations in paragraph 16 of the Complaint and demands strict proof thereof.

17. Claimant denies the allegations in paragraph 17 of the Complaint and demands strict proof thereof.

18. Claimant denies the allegations in paragraph 18 of the Complaint and demands strict proof thereof.

19. Claimant denies the allegations in paragraph 19 of the Complaint and demands strict proof thereof.

20. Claimant denies the allegations in paragraph 20 of the Complaint and demands strict proof thereof.

21. Claimant denies the allegations in paragraph 21 of the Complaint and demands strict proof thereof.

22. Claimant denies the allegations in paragraph 22 of the Complaint and demands strict proof thereof.

23. Claimant denies the allegations in paragraph 23 of the Complaint and demands strict proof thereof.

24. Claimant denies the allegations in paragraph 24 of the Complaint and demands strict proof thereof.

25. Claimant denies the allegations in paragraph 25 of the Complaint and demands strict proof thereof.

26. Claimant denies the allegations in paragraph 26 of the Complaint and demands strict proof thereof.

27. Claimant denies the allegations in paragraph 27 of the Complaint and demands strict proof thereof.

28. Claimant denies the allegations in paragraph 28 of the Complaint and demands strict proof thereof.

29. Claimant denies the allegations in paragraph 29 of the Complaint and demands strict proof thereof.

30. Claimant denies the allegations in paragraph 30 of the Complaint and demands strict proof thereof.

31. Claimant denies the allegations in paragraph 31 of the Complaint and demands strict proof thereof.

32. Claimant denies the allegations in paragraph 32 of the Complaint and demands strict proof thereof.

33. Claimant denies the allegations in paragraph 33 of the Complaint and demands strict proof thereof.

34. Claimant denies the allegations in paragraph 34 of the Complaint and demands strict proof thereof.

35. Claimant denies the allegations in paragraph 35 of the Complaint and demands strict proof thereof.

36. Claimant denies the allegations in paragraph 36 of the Complaint and demands strict proof thereof.

37. Claimant denies the allegations in paragraph 37 of the Complaint and demands strict proof thereof.

38. Claimant denies the allegations in paragraph 38 of the Complaint and demands strict proof thereof.

39. Claimant denies the allegations in paragraph 39 of the Complaint and demands strict proof thereof.

40. For further answer, Claimant states that she is the owner and mortgagor on the properties herein and specifically denies any knowledge of or acquiescence in any illegal activity on either of the properties that are the subject of Plaintiff's Complaint.

WHEREFORE, Claimant Nitya Sattaru moves the Court to deny the relief sought by Plaintiff, to set aside any holds or restraints on the properties referenced herein and refuse to condemn and forfeit the properties that are the subject of Plaintiff's Complaint and grant such other and further relief the Court deems meet in the premises.

I, Claimant Nitya Sattaru, hereby verify and declare under penalty of perjury that I am the owner of the properties that are the subject of Plaintiff's Complaint, namely, 3901 HWY D, DEFIANCE, MO 63341 and 6 Daniel Drive, O'Fallon, MO 63366. Pursuant to 28 U.S.C. 1746, and Federal Rule of Civil Procedure Rule G, I declare under penalty of perjury that my answers herein are true and correct.

Executed on: _01/25/2024_

_____
Nitya Sattaru

Respectfully Submitted:

Moran & Goldstein, L.C.

*/S/ WILLIAM GOLDSTEIN*
William C.E. Goldstein
Attorney-at-Law, # 39575MO
225 S. Meramec, Ste. 1200
St. Louis, MO 63105
(314) 932.2220

Signature above is also certification that a true and correct copy of the above and foregoing document has been filed this 25TH day of January, 2024 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney, U.S. Court & Custom House, 111 South 10th Street, St. Louis, MO 63102.