UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) Case No. 4:23CV01707 RLW |
| | ) |
| | ) |
| REAL PROPERTY AT 3901 HWY D, | ) |
| DEFIANCE, MO 63341, and | ) |
| | ) |
| REAL PROPERTY AT 6 DANIEL DR. | ) |
| O'FALLON, MO 63366, | ) |
| | ) |
| Defendants. | ) |

## CLAIM OF NITYA SATTARU

Comes now Claimant, NITYA SATTARU, personally and by and through Counsel, and pursuant to Rule G of the Federal Rules of Civil Procedure, files her claim for the real properties located at 6 Daniel Drive, O'Fallon, MO 63366 and 3901 Highway D, Defiance, MO 63341. Nitya Sattaru is the owner of and mortgagor on the properties and specifically denies any knowledge of or acquiescence in any illegal activity on either of said properties. .

WHEREFORE, Claimant Nitya Sattaru moves the Court to deny the relief sought by Plaintiff, to set aside any holds or restraints on the properties referenced herein and refuse to condemn and forfeit the properties that are the subject of Plaintiff's Complaint and grant such other and further relief the Court deems meet in the premises.

I, Claimant Nitya Sattaru, hereby verify and declare under penalty of perjury that I am the owner of the properties that are the subject of Plaintiff's Complaint, namely, 3901 HWY D, DEFIANCE, MO 63341 and 6 Daniel Drive, O'Fallon, MO 63366. Pursuant to 28 U.S.C. 1746, and Federal Rule of Civil Procedure Rule G, I declare under penalty of perjury that my answers herein are true and correct.

Executed on: 01/28/2024

_____
Nitya Sattaru

Respectfully Submitted:

Moran & Goldstein, L.C.

/S/ WILLIAM GOLDSTEIN
William C.E. Goldstein
Attorney-at-Law, # 39575MO
225 S. Meramec, Ste. 1200
St. Louis, MO 63105
(314) 932.2220

Signature above is also certification that a true and correct copy of the above and foregoing document has been filed this 29th day of January, 2024 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney, U.S. Court & Custom House, 111 South 10th Street, St. Louis, MO 63102.